UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PABLO MARQUEZ-GARDUZA,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

CASE NO. 3:26-cv-06241-TL-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application seeking leave to proceed *in forma pauperis*. Petitioner's application to proceed, Dkt.5, is GRANTED. The Clerk shall file petitioner's petition for writ of habeas corpus without the prepayment of fees and provide a copy of this Order to petitioner.

DATED this 23rd day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge