UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PABLO MARQUEZ-GARDUZA,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

CASE NO. 3:26-cv-06241-TL-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation and dismisses the case with prejudice. Issuance of a certificate of appealability is denied.

(2) The Clerk shall provide a copy of this Order to Petitioner.

Dated this 16th day of November, 2026.

TANA LIN
United States District Judge